JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DA RON HOOKS,<br><br>                    Petitioner,<br><br>            v.<br><br>R. MADDEN, Warden, et al.,<br><br>            Respondents. | Case No. 5:23-cv-00290-RGK-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 5/1/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE